10 A.3d 899

**Cory Adam LESHNER, Petitioner**

v.

**PENNSYLVANIA BOARD OF LAW EXAMINERS, Respondent.**

**No. 178 MM 2010.**

Supreme Court of Pennsylvania.

Dec. 21, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2010, the Petition for Review per Pa.B.A.R. 222 and the Application for Relief are **DENIED.**

10 A.3d 900

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Luis MONTIGO, Petitioner.**

**No. 120 EM 2010.**

Supreme Court of Pennsylvania.

Dec. 22, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of December, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Mandamus and/or Extraordinary Relief is **DE-NIED.**